1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PRESCILA LOVELL,                              No.  2:25-cv-3453-CKD

12                    Plaintiff,

13         v.                                       RECUSAL ORDER

14    LOWE'S HOME CENTERS, LLC,

15                    Defendant.

16

17         Upon examination of the above-captioned action, the undersigned judge disqualifies

18    herself.  Good cause appearing, IT IS HEREBY ORDERED that the undersigned recuses herself

19    from the above-captioned case.

20         IT IS FURTHER ORDERED that the Clerk of Court reassign this case to another judge

21    for all further proceedings and that the Clerk of Court make appropriate adjustment in the

22    assignment of civil cases to compensate for this reassignment.

23    Dated:  December 3, 2025

24                                                  _____
                                                    CAROLYN K. DELANEY
25                                                  UNITED STATES MAGISTRATE JUDGE

26

27

28    /love25cv3453.rec

                                                1