Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:   628.221.5828
Email:       ssheridan@beneschlaw.com
             mbrooks@beneschlaw.com

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PRESCILA LOVELL, for herself, as a private attorney general, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-03453-TLN-SCR<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LOWE'S HOME CENTERS, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 144(a), Plaintiff Prescila Lovell ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to respond to the Complaint in the above-captioned action is extended a total of fifty-one (51) days from December 3, 2025 to and including January 23, 2026.  A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists for extending Defendant's deadline to respond to the Complaint.  Defendant just removed this action on November 26, 2025, and needs further time to assess the allegations, especially given the intervening holidays.  The Parties have not previously requested any extensions of time to respond.  The Parties therefore request that the Court extend Defendant's deadline to respond to the Complaint to January 23, 2026, and stipulate and request that the Court approve the following schedule:

| | |
|---|---|
| Defendant's deadline to file a Motion to Dismiss | January 23, 2026 |
| Plaintiff's deadline to file an Opposition | February 20, 2026 |
| Defendant's deadline to file a Reply | March 6, 2026 |

**IT IS SO STIPULATED.**

Dated:  December 3, 2025

Respectfully submitted,

*s/ Stephanie Sheridan*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

Dated: December 3, 2025

Respectfully submitted,
*s/ Daniel Hattis (with authorization)*
Daniel Hattis (CA 232141)
Paul Karl Lukacs (CA 197007)
**Hattis, Lukacs & Corrington**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
dan@hattislaw.com
pkl@hattislaw.com

Attorneys for PRESCILA LOVELL, for herself, as a private attorney general, and on behalf of all others similarly situated

## ORDER

IT IS SO ORDERED

Dated this 5th day of December, 2025

_____
Troy L. Nunley
Chief United States District Judge