Stephanie Sheridan (SBN 135910)
Meegan B. Brooks (SBN 298570)
**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: 415.318.2770
Facsimile:  424.204.4350
sheridans@ballardspahr.com
brooksm@ballardspahr.com

Brianna R. Howard (SBN 314642)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
howardbr@ballardspahr.com

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Phone 415.318.2770

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESCILA LOVELL,<br>for herself, as a private attorney general,<br>and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | Case No. 2:25-cv-03453-TLN-SCR<br><br>**JOINT STIPULATION  TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 144(a), Plaintiff Prescila Lovell ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to file a reply in support of its Motion to Dismiss ("Motion to Dismiss") (Dkt. 17) is extended for thirty (30) days from March 20, 2026, to and including April 20, 2026. A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge.  *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on January 23, 2026 (Dkt. 17);

WHEREAS, Plaintiff filed her Opposition to the Motion to Dismiss on February 20, 2026 (Dkt. 19);

WHEREAS, pursuant to the Minute Order entered on February 23, 2026 (Dkt. 21), Defendant's deadline to file a reply in support of its Motion to Dismiss is March 20, 2026;

WHEREAS, the Parties have met and conferred, and agree to extend the time for Defendant to file its reply in support of its Motion to Dismiss to April 20, 2026;

WHEREAS, Plaintiff's counsel has filed similar consumer putative class actions against Lowe's involving similar claims, including *Wright v. Lowe's Home Ctrs., LLC*, Case No. 25-cv-59425 (Coos Cnty Cir. Ct, Or.);

WHEREAS, good cause exists for the requested extension because the Parties are engaged in preliminary settlement discussions regarding a global resolution of the matters brought by Plaintiff's counsel and require additional time to assess the potential for early resolution prior to proceeding with motion practice; and

WHEREAS, the Parties agree that the requested extension for Lowe's reply serves judicial efficiency. There are no other deadlines currently pending, discovery has not commenced, and no party is prejudiced by the extension sought.

///

///

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Phone 415.318.2770

JOINT STIPULATION TO EXTEND DEADLINE TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS; ORDER

Case No.:  2:25-cv-03453-TLN-SCR

NOW THEREFORE, the Parties hereby STIPULATE and AGREE, subject to the Court's approval, that Defendant's reply to its Motion to Dismiss shall be filed on or before April 20, 2026.

A [Proposed] Order is submitted herewith.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 16, 2026

BALLARD SPAHR LLP

By: */s/ Meegan B. Brooks*
    Stephanie Sheridan
    Meegan B. Brooks
    Brianna R. Howard

*Attorneys for Defendant Lowe's Home Centers, LLC*

DATED: March 16, 2026

HATTIS LUKACS & CORRINGTON

By: */s/ Daniel Hattis (with authorization)*
    Daniel Hattis (CA 232141)
    Paul Karl Lukacs (CA 197007)
    **Hattis, Lukacs & Corrington**
    11711 SE 8th Street, Suite 120
    Bellevue, WA 98005
    dan@hattislaw.com
    pkl@hattislaw.com

*Attorneys for Prescila Lovell*

JOINT STIPULATION TO EXTEND DEADLINE TO FILE REPLY    Case No.:  2:25-cv-03453-TLN-SCR
IN SUPPORT OF MOTION TO DISMISS; ORDER

**ORDER**

IT IS SO ORDERED.


DATED: March 17, 2026

_____

Troy L. Nunley
Chief United States District Judge

Ballard Spahr LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Phone 415.318.2770

JOINT STIPULATION TO EXTEND DEADLINE TO FILE REPLY    Case No.: 2:25-cv-03453-TLN-SCR
IN SUPPORT OF MOTION TO DISMISS; ORDER